UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC VISTA HOMEOWNERS ASSOCIATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>ALLSTATE INSURANCE COMPANY,<br><br>                    Defendant. | C22-683 TSZ<br><br>MINUTE ORDER |

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1)   The stipulated motion for leave to amend, docket no. 14, is GRANTED. Plaintiff shall electronically file the Amended Complaint, attached as Exhibit A to the motion, via the Case Management/Electronic Case Files ("CM/ECF") system within seven (7) days of the date of this Minute Order.

   (2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

   Dated this 16th day of August, 2022.

                                             Ravi Subramanian
                                             Clerk

                                             s/Gail Glass
                                             Deputy Clerk

MINUTE ORDER - 1